GORDON *v.* EASTERLING *et al.*

LITTLE, J. 1. There was no error in refusing to allow the amendment offered to the original petition.

2. The evidence introduced by the plaintiff failed to show any right to the relief for which she prayed. There was, therefore, no error in granting a nonsuit. *Judgment affirmed. All the Justices concurring.* .

Submitted June 20,—Decided August 7, 1900.

Equitable petition. Before Judge Evans. Tattnall superior court. October term, 1899.

*W. T. Burkhalter*, for plaintiff.
*P. W. Williams* and *J. K. Hines*, for defendants.